UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ALANIZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 1:15-cv-1063-LJO-SAB <br><br> **ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANTS J. CLARK KELSO AND ROBERT SILLEN (Docs. 10, 11)** |

On August 12, 2015, Plaintiffs filed notices of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Docs. 10, 11. Plaintiffs request that the Court issue an order dismissing the complaint <u>without prejudice</u> against Defendants J. Clark Kelso and Robert Sillen <u>only</u>.

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES the complaint <u>without prejudice</u> against Defendants J. Clark Kelso and Robert Sillen <u>only</u>.

**IT IS SO ORDERED**
**Dated: August 13, 2015**

                                  /s/ Lawrence J. O'Neill
                                  **United States District Judge**