# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ALANIZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al, <br><br> Defendants. | Case No.  1:15-cv-01063-LJO-SAB <br><br> ORDER CONTINUING SCHEDULING CONFERENCE TO FEBRUARY 2, 2016 |

On July 10, 2015 the order setting the mandatory scheduling conference issued in this action. (ECF No. 6.)  After the action was reassigned to United States Magistrate Judge Stanley A. Boone, the scheduling conference was set for November 2, 2015.  (ECF No. 8.)  The docket in this action does not show that service has been executed in this action.  Accordingly, the scheduling conference set for November 2, 2015 is CONTINUED to February 2, 2016 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **October 19, 2015**

UNITED STATES MAGISTRATE JUDGE

1