# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ALANIZ, et al., | Case No.  1:15-cv-01063-LJO-SAB |
| Plaintiffs, | ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND VACATING FEBRUARY 2, 2016 SCHEDULING CONFERENCE |
| v. | |
| ARNOLD SCHWARZENEGGER, et al, | (ECF No. 19) |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      The scheduling conference set for February 2, 2016, is VACATED; and

2.      The time for Defendants to file a responsive pleading in this matter is extended to March 1, 2016.

IT IS SO ORDERED.

Dated:   __**January 11, 2016**__

_____
UNITED STATES MAGISTRATE JUDGE