# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ALANIZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 1:15-cv-1063-LJO-SAB <br><br> **ORDER RE PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS J. CLARK KELSO AND ROBERT SILLEN (Doc. 21)** |

On January 29, 2016, Plaintiffs filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 21 at 1. Plaintiffs request that the Court issue an order dismissing the complaint <u>without prejudice</u> against Defendants J. Clark Kelso and Robert Sillen <u>only</u>.

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES the complaint <u>without prejudice</u> against Defendants J. Clark Kelso and Robert Sillen <u>only</u>.

IT IS SO ORDERED.

Dated:  **February 1, 2016**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1