1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. 1:14-cv-02085-LJO-SAB |
| MARLON ALTAMIRANO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00607-LJO-SAB |
| ANDREW ALANIZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al,<br><br>    Defendants. | Case No. 1:15-cv-01063-LJO-SAB |
| JOSE APARICIO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01369-LJO-SAB<br><br>ORDER STAYING ACTIONS PURSUANT TO THE STIPULATION OF THE PARTIES |

The parties have stipulated to stay proceedings in these matters until the resolution of the appeals in <u>Smith v. Schwarzenegger</u>, appeal no. 15-17155, <u>Hines v. Youssef</u>, appeal no. 15-16145, and <u>Jackson v. Brown</u>, appeal no. 15-17076. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. All pending deadlines and hearings are VACATED in each of these cases; and
2. Defendants shall file a responsive pleading in these matters forty-five days after the mandate issues in <u>Smith v. Schwarzenegger</u>, appeal no. 15-17155.

IT IS SO ORDERED.

Dated: **February 18, 2016**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2