# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANDREW ALANIZ, et al., | Case No. 1:15-cv-01063-LJO-SAB |
|---|---|
| Plaintiffs, | ORDER CONTINUING HEARING ON MOTION TO LIFT STAY TO AUGUST 24, 2016 |
| v. | |
| ARNOLD SCHWARZENEGGER, et al, | |
| Defendants. | |

On June 19, 2016, Plaintiffs filed a motion to lift the stay in this action with a hearing set for July 20, 2016 at 10:00 a.m. The Court has continued the related motion in <u>Montano v. Adams</u>, No. 1:15-cv-00456-LJO-SAB (E.D. Cal.) to August 24, 2016, so that the defendants can be served with the complaint and notice of the motion. Accordingly, Plaintiffs' motion to lift the stay in this action is HEREBY CONTINUED to August 24, 2016, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **July 5, 2016**

UNITED STATES MAGISTRATE JUDGE

1